Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| LUNG SHING INC. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**SUMMONS**

Court No. 24-00267

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2809 | Center (if known): | CEE002 |
|---|---|---|---|
| Protest Number: | No current number assigned (see Notice of Filing Attachment A, declaration in support attached to this case filing) | Date Protest Filed: | Between June 1, 2023, and June 14, 2023 (see See Notice of Filing Attachment A, declaration in support attached to this case filing) |
| Importer: | Lung Shing Inc. | Date Protest Denied: | October 4, 2024 (See Notice of Filing Attachment B, letter from Customs and Border Protection denying protest claim) |
| Category of Merchandise: | herbs and herbal products | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| D5202210288 | 10-24-22 | 05-12-23 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Gary Curtis Cooper
Law Offices of Gary C. Cooper
247 Yale Avenue
Kensington, CA 94708
510-697-5140
gcc@gcooperlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 U.S.C.1401a(a)(1)(A) - Transaction Value using Hong Kong Dollars | HK$1,013,171.30 |
| Protest Claim: | 19 U.S.C. 1401a(a)(1)(A) - Transaction Value using United States Dollars | US$129,889.90 |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | Protest Claim | | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate | |
| | | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

December 29, 2024
_____
Date

Form 1-3

## SCHEDULE OF PROTESTS

Center (if known) _____

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| n/a | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)